496 A.2d 397

**PUBLIC FEDERAL SAVINGS & LOAN ASSOCIATION**

v.

**Herman NEUMANN, Petitioner.**

Supreme Court of Pennsylvania.

May 28, 1985.

316

Petition for Allowance of Appeal GRANTED, No. 66 E.D. Appeal Docket 1985.